**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RAFAEL GREGORIO GATICA PALMERO,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1688-KC** |
| **MARKWAYNE MULLIN et al.,** | § § § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On June 18, 2026, Gatica Palmero filed a

Petition for a Writ of Habeas Corpus, ECF No. 1, alleging that he is unlawfully held in

immigration custody.  The Court ordered Respondents to show cause why the application for a

writ of habeas corpus should not be granted.  June 23, 2026, Order 2, ECF No. 2.

On June 30, Respondents filed a Response, ECF No. 3, in which they state that Gatica

Palmero "was given a bond hearing on March 24, 2026" and "bond was denied both for lack of

jurisdiction and . . .  danger to the community."  *Id.* at 1–3 (cleaned up); *see id.* Ex A ("IJ

Order"), ECF No. 3-1.

Accordingly, the Court **ORDERS** that Gatica Palermo **FILE** a reply to Respondents'

Response, **<u>by no later than July 13, 2026</u>**, stating whether he in fact received a bond hearing on

March 24, 2026, and if so, whether he was denied bond because he was determined to be a

danger.  If Gatica Palermo disputes that he was denied bond due to dangerousness, he shall

submit any supporting evidence in his possession.

**SO ORDERED**.

**SIGNED this 7th day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE